IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SAMUEL FORBES, | ) |
| | ) |
|    Plaintiff, | ) Civil Action No. 5:12cv093 |
| v. | ) |
| | ) |
| ALLIED TITLE LENDING, LLC | ) |
| d/b/a Allied Cash Advance, | ) By: Hon. Michael F. Urbanski |
| | )      United States District Judge |
|    Defendant. | ) |

### DISMISSAL ORDER

The plaintiff has filed a Notice of Voluntary Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that this action be, and hereby is, **DISMISSED** with prejudice and **STRICKEN** from the active docket of the court.

Entered: 12/20/12

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge